# E-filing

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  ABEYTA    JOSEPH    A

(Last)          (First)          (Initial)

Prisoner Number  CHY 429/03026633

Institutional Address  885 N. SAN PEDRO ST

SAN JOSE CA 95110    SANTA CLARA Co. JAIL

=================================================

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JOSEPH ANTHONY ABEYTA

(Enter the full name of plaintiff in this action.)

vs.

SANTA CLARA COUNTY DEPT.
OF CORRECTIONS / SHERIFF DEPT. 2406
1) ANTHONY DURANTE CORRECTIONS OFFICER
2) SGT. CSABANYI # 1594 SUPERVISING OFFICER
ALL IN INDIVIDUAL AND OFFICIAL CAPACITY

(Enter the full name of the defendant(s) in this action)

C 07 4660 CW (PR)

Case No. _____

(To be provided by the clerk of court)

**COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.    Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go

forward.  The court will dismiss any unexhausted claims.]

A.    Place of present confinement  SANTA CLARA Co. MAIN JAIL

B.    Is there a grievance procedure in this institution?

YES (✓)    NO ( )

C.    Did you present the facts in your complaint for review through the grievance

procedure?

YES (✓)    NO ( )

D.    If your answer is YES, list the appeal number and the date and result of the appeal at

THEY DO NOT HAVE APPEAL NUMBERS, BUT THEY KEEP
THEM ON THEIR FILES.

COMPLAINT                                                    - 1 -

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _____

_____

_____

2. First formal level_____

_____

_____

3. Second formal level_____

_____

_____

4. Third formal level _____

_____

_____

E.    Is the last level to which you appealed the highest level of appeal available to you?

        YES (✓)      NO ( )

F.    If you did not present your claim for review through the grievance procedure, explain

why._____

_____

_____

II.    Parties

    A.    Write your name and your present address. Do the same for additional plaintiffs, if any.

JOSEPH ANTHONY ABEYTA _____

885 N. SAN PEDRO ST _____

SAN JOSE CA 95110 _____

    B.    Write the full name of each defendant, his or her official position, and his or her place of

        employment.

① ANTHONY DURANTE CORRECTIONAL OFFICER # 2406 S.C.C. DEPT OF CORRECT.

② SEARGANT CSABANYI # 1594 SHERIFF 'SUPERVISOR FOR S.C.C. D.OC.

COMPLAINT                    - 2 -

1  OTHER OFFICERS FOIIOWED PROCEDURES THESE OFFICERS DIO

2  THEIR JOB ACCORDINGLY. ③ FETSCH #2608, ④ DURAN #2520

3  ⑤ SOUZA # 2511, ⑥ AVILA #2504, ⑦ BARRON GABRIEL

4  III.    Statement of Claim

5      State here as briefly as possible the facts of your case. Be sure to describe how each

6  defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any

7  cases or statutes. If you have more than one claim, each claim should be set forth in a separate

8  numbered paragraph.

9  BASICALLY I WAS ASSUITED BY CORRECTIONS OFFICER DURANTE #2406 BY

10  BEING KICKED IN THE FACE AND HEAD WITH HIS WORK ISSUED BOOT'S,

11  SPRAYED IN THE EYE'S WITH PEPPER SPRAY, AND HIT (NINE PLUS TIMES)

12  IN MY HEAD AND FACE ARE WHILE BLINDED AND RESTRAIND, SUFFERED

13  LUMP'S, BRUISES CUTS TO EYE WELT'S (BY HIS DEPARTMENT ISSUED FLASH

14  LIGHT) SEE VIDEO. SGT. CSABANYI #1594 THE SUPERVISING OFFICER

15  FOR AllOWING THIS CRIME TO TAKE PLACE UNDER HER SUPERVISION

16  BREAKING FACILITY POLICIES, PROCEDURES.

17

18

19

20

21

22  IV.    Relief

23      Your complaint cannot go forward unless you request specific relief. State briefly exactly what

24  you want the court to do for you. Make no legal arguments; cite no cases or statutes.

25  "SUSPENSION/WITH NO PAY." "MONETARY COMPENSATION" FOR

26  MY PAIN AND SUFFERING AND MY MENTAL AND EMOTIONAL DIST-

27  RESS. "DISMISSAL FROM DUTIES".

28

COMPLAINT                    - 3 -

1

2

3

4    I declare under penalty of perjury that the foregoing is true and correct.

5

6    Signed this __AUG.__ day of __FRIDAY__, 20 __07__

7

8    _____

9    (Plaintiff's signature)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                              - 4 -

1. VIOLATION OF EIGHT AMENDMENT "CRUEL AND UNUSUAL PNSHMNT."
2. VIOLATION OF FIFTH & FOURTEENTH AMENDMENT
3. DUE PROCESS VIOLATION. SINCE NOT CONVICTED & CONVICTED ON DIFFERENT ACCOUNT.
4. PAY FOR PHYSICAL INJURY / PAIN N SUFFERING.
5. "PUNITIVE DAMAGES" HIS ACTS OF KICKING & HITTING ON ME
6. WITH FLSH LIGHT. MOTIVATED BY EVIL MOTIVE & INTENT.
7. VERY RECKLESS & CALLOUS INDIFFERENCE TO MY RIGHTS CIVIL
8. & EXCESSIVE FORCE
9. CAN SHOW SUCH RIGHT OF SUPERVISORS DISREGARD TO MY
10. PERSONAL SAFETY. IM "SURE" SHE HAS PRIORS.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS 44 - No. CALIF  .(Rev. 4/97)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO)

**I.(a) PLAINTIFFS**

JOSEPH ANTHONY ABEYTA

**DEFENDANTS**

SANTA CLARA COUNTY DEPT OF CORRECTIONS AND SHERIFF DEPT.  ALL IN INDIVIDUAL AND OFFICIAL CAPACITY.
c/o ANTHONY DURANTE # 2406
SGT. SUPERVISOR CSABANYI

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

IN P  SELF

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "✓" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☑ 3 Federal Question (U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "✓" IN ONE BOX FOR PLAINTIFF
(For diversity cases only)
AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☑ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "✓" IN ONE BOX ONLY)

☑ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transfered from Another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "✓" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability |  | ☐ 640 RR & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth In Lending | ☐ 690 Other |  | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  |  | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
|  |  |  | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
|  |  |  | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motion to Vacate Sentence Habeas Corpus: | ☐ 791 Empl.Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General |  | ☐ 870 Taxes (US Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing | ☐ 535 Death Penalty |  | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other |  |  |  |
| ☐ 245 Tort Product Liability | ☑ 440 Other Civil Rights | ☐ 550 Civil Rights |  |  |  |
| ☐ 290 All Other Real Property |  | ☐ 555 Prison Condition |  |  |  |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

ASSULTED WITH WEAPON BY CORRECTIONAL OFFICER, WHOM ARE TO ENSURE MY SAFETY AND WELL BEING. AND THUS VIOLATION OF MY EIGHT AMENDMENT RIGHT. CRUEL AND UNUSUAL PUNISHMENT.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

☑ CHECK YES only if demanded in complaint:

JURY DEMAND: ☑ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY   PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE A "✓" IN ONE BOX ONLY)  ☐ SAN FRANCISCO/OAKLAND  ☐ SAN JOSE

DATE 9/5/2007    SIGNATURE OF ATTORNEY OF RECORD