9.5.07

Clerk Of United States District Court.

Please excuse my delay, but things have occurred personal issues. But im still housed here in the County Jail and im trying to meet my dead line which I believe is Sept. 10th.

And I proceeded to the best of my ability acting as my own legal council. I am awaiting my Trust Account Activities form and I am currently indigent. I get money every few months and I have no problem should they wish to take a percentage out each time until the fee is completely paid in full.

I just don't want to miss my dead-line

Soon as they complete my Trust Activities I will forward.

Respectfully

Thank You

I/M.
Mr. Joseph A. Abeyta.