Joseph A Abeyta # CHY429
885 N. San Pedro St
San Jose Ca 95110.

(Legal Mail)

RECEIVED
SEP -7 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk Of The United States District Court
Northern District Of California
450 Golden Gate Ave
Box 36060
San Francisco Ca 94102.

REC'D. STAMP SE 9/10
No, N 9/10
9/10 STAMP off
cut off
when rec'd, is SEP

COUNTY JAIL
GENERAL MAIL