**FILED**

07 SEP 10 PM 2: 46

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

9
10    Joseph Anthony Abeyta

11                          Plaintiff,

12            vs.
      ALL IN INDIVIDUAL AND OFFICIAL CAPACITY
      SANTA CLARA COUNTY DEPT OF CORRECTIONS)
13    SANTA CLARA COUNTY SHERIFFS DEPT.
      CORRECTIONS OFFICER ANTHONY DURANTE # 2406
14    SHERIFF SGT SUPERVISING OFFICER
      # 1894 CSABANYI          Defendant.

15

CASE NO. C 07 4660 CW (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

16        I, Joseph A Abeyta _____, declare, under penalty of perjury that I am the plaintiff in

17    the above entitled case and that the information I offer throughout this application is true and correct.

18    I offer this application in support of my request to proceed without being required to prepay the full

19    amount of fees, costs or give security.  I state that because of my poverty I am unable to pay the

20    costs of this action or give security, and that I believe that I am entitled to relief.

21        In support of this application, I provide the following information:

22    1.    Are you presently employed?                Yes ___ No ✓

23    If your answer is "yes," state both your gross and net salary or wages per month, and give the name

24    and address of your employer:

25    Gross: _____ Net: _____

26    Employer: _____

27    _____

28    If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received. (If you are imprisoned, specify the last place of

2  employment prior to imprisonment.)

3  ___PERFORMANCE CEILING INC. 1995_____

4  _____

5  _____

6  2.  Have you received, within the past twelve (12) months, any money from any of the following

7  sources:

8      a.  Business, Profession or            Yes ____ No __✓__

9            self employment

10      b.  Income from stocks, bonds,         Yes ____ No __✓__

11            or royalties?

12      c.  Rent payments?                Yes ____ No __✓__

13      d.  Pensions, annuities, or          Yes ____ No __✓__

14            life insurance payments?

15      e.  Federal or State welfare payments,    Yes ____ No __✓__

16            Social Security or other govern-

17            ment source?

18  If the answer is "yes" to any of the above, describe each source of money and state the amount

19  received from each.

20  _____

21  _____

22  3.  Are you married? PERMANANTLY SEPERATED    Yes _✓_ No ____

23  Spouse's Full Name: YVETTE HOPE VALLES

24  Spouse's Place of Employment: _____∅_____

25  Spouse's Monthly Salary, Wages or Income:

26  Gross $_____?_____ Net $_____?_____

27  4.  a.  List amount you contribute to your spouse's support:$ _____O_____

28      b.  List the persons other than your spouse who are dependent upon you for support

1  and indicate how much you contribute toward their support.  (NOTE: For minor
2  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.).
3  _____
4  _____
5  5.    Do you own or are you buying a home?         Yes ___  No __✓__
6  Estimated Market Value: $_____ Amount of Mortgage: $_____
7  6.    Do you own an automobile?                   Yes ___  No __✓__
8  Make _____ Year _____ Model _____
9  Is it financed? Yes _____ No _____ If so, Total due: $ _____
10 Monthly Payment: $ _____
11 7.    Do you have a bank account?  Yes ___  No __✓__ (Do not include account numbers.)
12 Name(s) and address(es) of bank: _____
13 _____
14 Present balance(s):  $ _____
15 Do you own any cash?  Yes ___  No __✓__ Amount:  $ _____
16 Do you have any other assets?  (If "yes," provide a description of each asset and its estimated
17 market value.)   Yes ___  No __✓__
18 _____
19 8.    What are your monthly expenses?
20 Rent:  $ _____  Utilities: _____
21 Food:  $ _____  Clothing: _____
22 Charge Accounts:
23 Name of Account          Monthly Payment          Total Owed on This Acct.
24 _____   $ _____   $ _____
25 _____   $ _____   $ _____
26 _____   $ _____   $ _____
27 9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom
28 they are payable.  Do not include account numbers.)

1  _____

2  _____

3  10.    Does the complaint which you are seeking to file raise claims that have been presented in

4  other lawsuits?   Yes ____  No __✓__

5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6  they were filed.

7  _____

8  _____

9       I consent to prison officials withdrawing from my trust account and paying to the court the

10  initial partial filing fee and all installment payments required by the court.

11       I declare under the penalty of perjury that the foregoing is true and correct and understand

12  that a false statement herein may result in the dismissal of my claims.

13

14  9/5/2007

15       DATE                                    SIGNATURE OF APPLICANT

16

17

18

19

20

21

22

23

24

25

26

27

28

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 4 -