E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH ANTHONY ABEYTA

Plaintiff,

VS.
1. ANTHONY DURANTE CORRECTIONS OFFICER # 2406
2. SGT. C SABANYI 1594
SANTA CLARA CO. DEPT. OF CORRECTIONS AND
SHERIFFS DEPT.
ALL IN INDIVIDUAL AND OFFICIAL CAPACITY, Defendant.

CASE NO. C 07 4660 CW

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS (PR)

I, JOSEPH ANTHONY ABEYTA, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?  Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: N/A

Gross: 0                                Net: 0

Employer: 0

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

$10 PER HR 1995 PERFORMANCE CELING INC. HAYWARD CA.

_____

_____

2. Have you received, within the past **twelve (12)** months, any money from any of the following sources:

 a. Business, Profession or self employment    Yes ___ No ✓

 b. Income from stocks, bonds, or royalties?    Yes ___ No ✓

 c. Rent payments?    Yes ___ No ✓

 d. Pensions, annuities, or life insurance payments?    Yes ___ No ✓

 e. Federal or State welfare payments, Social Security or other government source?    Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?    Yes ✓ No ___

Spouse's Full Name: YVETTE HOPE VALLES ABEYTA

Spouse's Place of Employment: SSI

Spouse's Monthly Salary, Wages or Income:

Gross $ ?    Net $ ?

4.  a. List amount you contribute to your spouse's support: $ ⌀

1      b.    List the persons other than your spouse who are dependent upon you for
2          support and indicate how much you contribute toward their support. (NOTE:
3          For minor children, list only their initials and ages. DO NOT INCLUDE
4          THEIR NAMES.).
5          ∅ _____
6          _____
7  5.    Do you own or are you buying a home?    Yes ___ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile?    Yes ___ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.    Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No ✓ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✓
20 _____
21 8.    What are your monthly expenses?
22 Rent: $ ___∅___ Utilities: ___∅___
23 Food: $ ___∅___ Clothing: ___∅___
24 Charge Accounts: ∅
25 Name of Account    Monthly Payment    Total Owed on This Acct.
26 _____ $ _____ $ _____
27 _____ $ _____ $ _____
28 _____ $ _____ $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS    - 3 -

1 | 9. Do you have any other debts? (List current obligations, indicating amounts and to
2 | whom they are payable. Do <u>not</u> include account numbers.) ?
3 | _____
4 | _____
5 | 10. Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits? Yes ___ No ✓ ?
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed. ?
9 | _____
10 | _____
11 |     I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |     I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.

16 | 9·17·07 _____
17 | DATE                      SIGNATURE OF APPLICANT

Case Number: C074660

CH7 429

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __JOSEPH A. ABEYTA__ for the last six months at

[prisoner name]

__SANTA CLARA COUNTY JAIL NORTH__ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __93.33__ and the average balance in the prisoner's account each month for the most recent 6-month period was $__24.25__.

Dated: __9/20/07__                    __[signature]__

[Authorized officer of the institution]

-5-

SANTA CLARA COUNTY

Resident Account Summary
Thursday, September 27, 2007  @10:24

For PFN: CHY429  ABEYTA, JOSEPH ANTHONY

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 09/25/2007 | EPR | OID:100691329-ComisaryPur | -26.18 | 0.23 | 0.00 | 0.00 | |
| 09/23/2007 | DEPMO | 100720757720 | 25.00 | 26.41 | 0.00 | 0.00 | |
| 09/18/2007 | EPR | OID:100688193-ComisaryPur | -13.02 | 1.41 | 0.00 | 0.00 | |
| 09/11/2007 | EPR | OID:100685337-ComisaryPur | -30.79 | 14.43 | 0.00 | 0.00 | |
| 09/07/2007 | DEPMO | R100457941276 | 25.00 | 45.22 | 0.00 | 0.00 | |
| 09/06/2007 | DEPMO | 5757466120 | 20.00 | 20.22 | 0.00 | 0.00 | |
| 08/28/2007 | EPR | OID:100679090-ComisaryPur | -9.90 | 0.22 | 0.00 | 0.00 | |
| 08/21/2007 | EPR | OID:100676155-ComisaryPur | -40.26 | 10.12 | 0.00 | 0.00 | |
| 08/14/2007 | DEPMO | MONEY ORDER08-730694973 | 50.00 | 50.38 | 0.00 | 0.00 | |
| 08/07/2007 | EPR | OID:100670438-ComisaryPur | -16.05 | 0.38 | 0.00 | 0.00 | |
| 07/31/2007 | EPR | OID:100667182-ComisaryPur | -20.49 | 16.43 | 0.00 | 0.00 | |
| 07/24/2007 | EPR | OID:100664691-ComisaryPur | -78.49 | 36.92 | 0.00 | 0.00 | |
| 07/17/2007 | EPR | OID:100661788-ComisaryPur | -69.74 | 115.41 | 0.00 | 0.00 | |
| 07/16/2007 | DEPMO | 57-53110270 | 70.00 | 185.15 | 0.00 | 0.00 | |
| 07/15/2007 | DEPMO | 08-723568600 | 95.00 | 115.15 | 0.00 | 0.00 | |
| 07/14/2007 | DEPMO | 57-54268777 | 20.00 | 20.15 | 0.00 | 0.00 | |
| 06/19/2007 | EPR | OID:100650193-ComisaryPur | -2.06 | 0.15 | 0.00 | 0.00 | |
| 06/12/2007 | EPR | OID:100647189-ComisaryPur | -49.10 | 2.21 | 0.00 | 0.00 | |
| 06/06/2007 | DEPCA | 57-53110007 | 50.00 | 51.31 | 0.00 | 0.00 | |
| 05/29/2007 | EPR | OID:100641425-ComisaryPur | -4.94 | 1.31 | 0.00 | 0.00 | |
| 05/22/2007 | EPR | OID:100638652-ComisaryPur | -19.58 | 6.25 | 0.00 | 0.00 | |
| 05/17/2007 | ERF | OID:100635473-ComisaryRef | 0.40 | 25.83 | 0.00 | 0.00 | |
| 05/15/2007 | EPR | OID:100635473-ComisaryPur | -14.18 | 25.43 | 0.00 | 0.00 | |
| 05/08/2007 | EPR | OID:100632510-ComisaryPur | -18.44 | 39.61 | 0.00 | 0.00 | |
| 05/01/2007 | EPR | OID:100629266-ComisaryPur | -53.11 | 58.05 | 0.00 | 0.00 | |
| 04/24/2007 | EPR | OID:100626776-ComisaryPur | -99.88 | 111.16 | 0.00 | 0.00 | |
| 04/19/2007 | DEPMO | 5752753106 | 60.00 | 211.04 | 0.00 | 0.00 | |
| 04/19/2007 | DEPMO | 5752753107 | 50.00 | 151.04 | 0.00 | 0.00 | |
| 04/17/2007 | EPR | OID:100623831-ComisaryPur | -25.48 | 101.04 | 0.00 | 0.00 | |
| 04/15/2007 | DEPMO | 08-701298791 | 100.00 | 126.52 | 0.00 | 0.00 | |
| 04/11/2007 | DEPMO | 5676323316 | 25.00 | 26.52 | 0.00 | 0.00 | |
| 04/10/2007 | EPR | OID:100621266-ComisaryPur | -14.72 | 1.52 | 0.00 | 0.00 | |