Mr Richard Wieking     9.29.07

I got all the forms you sent me. thank you.

but i was wondering are there other papers i need to file?

if so can i get them or info how to acquire what i'll need.

being that i'm still here in county jail i have no access to any computer would it be a problem for the (ECF) program as you this case is designated for?

i have limited assistane/resources, but i am trying to learn as i proceed.

so any arrow's in the direction i need to proceed is appreciated.

another thing i have been charged with a criminal charge on this matter but the victim stated in preliminary exam i "did not" hit him.

and the one i bring this case against clearly was not telling the truth.

what i am getting at is that i have the issue on video; the pre-

-liminary transcripts should i send a copy for filing or wait? One last question is there any- -way to obtain any legal assist- -ance through the courts? Well any type of guidance your able to provide would be a big help.

Thank You

Sincerely

Joseph A Abeyta
CHY 429
885 N. San Pedro St
San Jose Ca. 95110