

Joseph A. Abeyta CHY429
885 N. San Pedro St
San Jose Ca 95110

Richard W. Wieking
Office Of The Clerk
U.S. District Court
450 Golden Gate Ave
San Francisco Ca
94102-9680