ANN MILLER RAVEL, County Counsel (S.B. #62139)
MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
OFFICER ANTHONY DURANTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY ABEYTA<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY DEPT. OF CORRECTIONS, et al.<br><br>Defendant. | No. C07-4660 CW (PR)<br><br>**STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

The Defendant hereto, by and through his counsel of record, and the Plaintiff, *in pro se*, hereto hereby stipulate and agree to an order dismissing this entire action with prejudice as to all named defendants.

//

//

//

//

//

//

//

//

//

Each side shall bear their own attorneys' fees and costs of the suit.

IT IS SO STIPULATED:

ANN MILLER RAVEL
County Counsel

Dated: 4/28/09

By: //s//
MARK F. BERNAL
Deputy County Counsel

Attorneys for Defendant
OFFICER ANTHONY DURANTE

Dated: 4/28/09

By: //s//
JOSEPH ANTHONY ABEYTA
Plaintiff, in pro se

IT IS SO ORDERED:

Dated: 5/1/09

HON. CLAUDIA WILKEN
United States District Court Judge

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and Order Dismissing
Entire Action With Prejudice

-2-

C07-4660 CW (PR)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH A. ABEYTA,

Plaintiff,

v.

SANTA CLARA COUNTY DEPT. OF CORRECTIONS et al,

Defendant.

_______________________________________/

Case Number: CV07-04660 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Anthony Abeyta CHY429
Santa Clara City Correction Department
03026633
885 N. San Pedro Street
San Jose, CA 95110

Dated: May 1, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and Order Dismissing
Entire Action With Prejudice

-3-

C07-4660 CW (PR)